# EXHIBIT A

ELECTRONICALLY FILED - 2026 Mar 24 6:49 PM - BERKELEY - COMMON PLEAS - CASE#2026CP0800940

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF BERKELEY | IN THE COURT OF COMMON PLEAS<br>NINTH JUDICIAL CIRCUIT |
| LAURIE GRESSETTE,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | CASE NO.: 2026-CP-08-_______<br><br>**SUMMONS**<br>**(Jury Trial Demanded)** |

**TO THE DEFENDANT(S) ABOVE-NAMED:**

YOU ARE HEREBY SUMMONED AND REQUIRED to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your Answer to said Complaint on the below subscribed attorney at 100 S. Pine Street, Summerville, South Carolina 29483, within thirty (30) days after the service hereof exclusive of the day of such service; and if you fail to answer the Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in this action.

**GAMACHE LAW FIRM**

***s/Crystal H. Swinford***
Crystal H. Swinford, Esq
S.C. Bar No.: 102849
100 S. Pine Street
Summerville, SC 29483
(843) 821-8280 phone
Myinjuryteam@gamachelawfirm.com
*Attorney for Plaintiff(s)*

Dated: March 23, 2026

ELECTRONICALLY FILED - 2026 Mar 24 6:49 PM - BERKELEY - COMMON PLEAS - CASE#2026CP0800940

STATE OF SOUTH CAROLINA

COUNTY OF BERKELEY

LAURIE GRESSETTE,

Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,

Defendant.

IN THE COURT OF COMMON PLEAS
NINTH JUDICIAL CIRCUIT

CASE NO.: 2026-CP-08-_______

**COMPLAINT**
**(Jury Trial Demanded)**

The Plaintiff, Laurie Gressette, complaining of the Defendant Lowe's Home Centers, LLC, alleges and states as follows:

## PARTIES AND JURISDICTION

1. Plaintiff, Laurie Gressette, ("Plaintiff") was at all times material to this Complaint, a citizen and resident of Berkeley County, State of South Carolina.
2. Defendant Lowe's Home Centers, LLC ("Defendant") is a foreign limited liability company incorporated under the laws of the State of North Carolina, authorized to conduct business in the State of South Carolina, and operating retail stores throughout the state including a store located in Goose Creek, South Carolina.
3. At all times relevant hereto, Defendant owned, operated, managed, controlled and maintained a home improvement store identified as store #2464 located at 520 Saint James Avenue, Goose Creek, in the County of Berkeley, State of South Carolina.
4. This Court has subject matter jurisdiction over this civil action pursuant to the laws of the State of South Carolina.

ELECTRONICALLY FILED - 2026 Mar 24 6:49 PM - BERKELEY - COMMON PLEAS - CASE#2026CP0800940

5. Venue is proper in Berkeley County pursuant to S.C. Code §15-7-30 because the acts and omissions giving rise to this cause of action occurred in Berkeley County.

**SPECIFIC AVERMENTS**

6. Plaintiff hereby incorporates by reference Paragraphs 1 through 5 of this Complaint as if fully re-stated herein verbatim.
7. On March 25, 2023, Plaintiff was lawfully present as a customer of Defendant's home improvement store in Goose Creek, South Carolina.
8. Shortly after entering the store, Plaintiff asked a store employee where she could find an extension for gutter drainage.
9. After reaching the area where she had been directed, Plaintiff suddenly slipped and fell to the ground, where she identified brown streaks of an unidentified liquid substance.
10. The liquid substance on the floor caused a hazardous, slippery condition.
11. Upon information and belief, the liquid was present on the floor for an extended period of time, such that Defendants should have known through the exercise of reasonable care, of the existence of an unsafe condition on the premises, or it was created by the acts of Defendant's employees, such that Defendant knew or should have known of the hazard.
12. Defendant, despite having actual notice or constructive notice of the dangerous condition, failed to clean up the spill, failed to place warning signs, and failed to cordon off the area to protect customers, including the Plaintiff.
13. As a direct result of Plaintiff slipping on the liquid, she fell heavily, suffering injuries to her hands, knees and other areas of her body.

ELECTRONICALLY FILED - 2026 Mar 24 6:49 PM - BERKELEY - COMMON PLEAS - CASE#2026CP0800940

## CAUSE OF ACTION
**(Negligence - Premises Liability)**

14. Plaintiff hereby incorporates by reference Paragraphs 1 through 13 of this Complaint as if fully re-stated herein verbatim.

15. Defendant owed Plaintiff a duty to maintain its premises in a reasonably safe condition.

16. Defendant breached its duty of care by virtue of the following acts and omissions:

    a. Improperly operating, managing, maintaining, and controlling the premises to ensure a reasonably safe condition free of any hazards;

    b. By causing, creating and/or providing a hazardous and dangerous condition on the premises;

    c. Failing to make reasonable inspection of the store premises when Defendant knew of or should have known about the hazard in the exercise of ordinary care;

    d. In failing to warn or caution the Plaintiff about the dangerous condition and potential dangers which existed;

    e. In failing to instruct and supervise its employees in the inspection and maintenance of the premises so as to recognize and remedy the unsafe and hazardous condition then existing.

17. The Defendant was willful, negligent, wanton, reckless, and careless in maintaining the store and its premises reasonably safe for its customers, including Plaintiff.

18. As a proximate and direct result of the acts and omissions of Defendant, Defendant negligently and intentionally created a dangerous condition inside its premises causing Plaintiff to suffer acute and worsening physical and mental pain and injuries.

19. As a direct and proximate result of the acts and conduct of the Defendant, the Plaintiff has suffered acute, aggravating and painful physical and mental injuries, incurred medical expenses, as well as significant physical and emotional pain and anguish, impairment, inconvenience, disruption of her daily life and a loss of enjoyment of life, all to her general damage and detriment.

ELECTRONICALLY FILED - 2026 Mar 24 6:49 PM - BERKELEY - COMMON PLEAS - CASE#2026CP0800940

WHEREFORE, Plaintiff prays for judgment against Defendant for actual, consequential and punitive damages, for the costs of this action, and such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

DONNIE GAMACHE,
ATTORNEY AT LAW, LLC.

S/ Crystal H. Swinford
Crystal H. Swinford, Esq. (SC Bar No.: 102849)
P.O. Box 550 Summerville, SC 29484
P: (843) 821-8280
F: (888) 897-4300
E-Mail: myinjuryteam@gamachelawfirm.com
ATTORNEYS FOR PLAINTIFF

March 23, 2026
Summerville, South Carolina